```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Rahul Manchanda, Sylwia Manchanda,                Index No

                Plaintiffs,                       COMPLAINT

-against-

SDNY Bankruptcy Judge Sean Lane,
Dr Douglas Senderoff, Lewis & Lin LLC,
Michael Druckman, David D. Lin, Brett
E. Lewis, Law Clerk Christine Azzaro,
Law Clerk Sarah Rosenthal, Law Clerk
Jacqueline Tran, Courtroom Deputy Liza
Ebanks, AUSA Dana Walsh, AUST Gregory
Zipes,

                Defendants.
-----------------------------------x
```

Plaintiffs, Rahul Manchanda and Sylwia Manchanda, husband and wife since 2018 (5 years) with a 4 year old son Gabriel, for its Complaint against above named Defendants alleges:

1. Plaintiffs, at all times relevant hereto, live at 270 Victory Boulevard, New Rochelle New York 10801.

2. Defendants live and work at various locations throughout New York State and New York City, including but not limited to Southern District of New York Bankruptcy Court New York and White Plains, Park Avenue South New York City, Brooklyn New York.

3. This complaint concerns the non-stop malicious prosecution, aggravated harassment, abuse of process, vexatious litigation, forum shopping, judicial corruption, judicial bias, civil and criminal

RICO, judicial misconduct, public corruption, unlawful trespassing into computer networks, conversion/theft of computer data, committed jointly by co-defendants since at least 2018 all the way to the present day, directly and proximately contributing to and causing Plaintiff Rahul Manchanda's heart attack and cardiovascular problems, as well as now Plaintiff Sylwia Manchanda's colloidal cyst/brain tumor problems, further bankrupting plaintiffs by co-defendants coordinated legal onslaught going on 6 years now, with no basis in fact, evidence, or substantiation of claims.

4. As this lawsuit demonstrates, defendants are weaponizing the judicial and legal system to "soft kill" the plaintiffs on behalf of Jewish Organized Crime, Extremist Jewish Zionist donors, financial contributors, oligarchs, supervising or lateral judges, employees, and politicians within their orbit and sphere of influence, simply for Plaintiff expressing his political views that go against hardcore extremist Jewish and Zionist domestic and foreign policy.

**FEDERAL TORT CLAIMS ACT**

5. This case also involves various violations of the Federal Tort Claims Act ("FTCA") 28 U.S.C. §§ 1346(b), 2671-2680 which authorizes monetary recovery due to "negligent or wrongful acts or omissions of any employee of the Government while acting within the scope of

office or employment" 28 U.S.C. §§ 1326(b) while section 2860(h) of the FTCA also permits suits for malicious prosecution, abuse of process, libel, slander, misrepresentation, and deceit committed by investigative or law enforcement officers of the United States Government."

**42 U.S.C. § 1983 CIVIL LIABILITY ISSUES**

6. Pursuant to 42 U.S.C. § 1983, every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable;

**CIVIL RIGHTS ACT OF 1871**

7. The Civil Rights Act of 1871 is a federal statute, numbered 42 U.S.C. § 1983, that allows people to sue the government for civil

rights violations, and it applies when someone acting "under color of" state-level or local law has deprived a person of rights created by the U.S. Constitution or federal statutes;

8. Courts have determined that the "under color of" clause requires that the wrongdoer qualify, at least in some sense, as a representative of the state when depriving the victim of civil rights - in a nutshell, the clause refers to people who misuse some kind of authority that they get from state or federal law;

**CRIMINAL ACTS**

9. Under the federal criminal code, Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States;

10. For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties;

11. Persons acting under color of law within the meaning of this statute

include law enforcement officials, judges, and any others acting as public officials;

12. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim;

13. The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any;

14. Title 18 U.S.C. § 242 states: "Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States...shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnaping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill,

shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death;"

**42 U.S. CODE § 2000EE-1. PRIVACY AND CIVIL LIBERTIES OFFICERS**

15. Under 42 U.S. Code § 2000ee-1 dealing with privacy and civil liberties officers, sub-section (e) pertaining to Reprisals For Making A Complaint, "No action constituting a reprisal, or threat of reprisal, for making a complaint or for disclosing information to a privacy officer or civil liberties officer described in subsection (a) or (b), or to the Privacy and Civil Liberties Oversight Board, that indicates a possible violation of privacy protections or civil liberties in the administration of the programs and operations of the Federal Government relating to efforts to protect the Nation from terrorism shall be taken by any Federal employee in a position to take such action, unless the complaint was made or the information was disclosed with the knowledge that it was false or with willful disregard for its truth or falsity."

**SPECIFIC MISCONDUCT AND ILLEGAL BEHAVIOR OF THE DEFENDANTS**

16. As show in the attached **EXHIBITS**, the various co-defendants acting jointly and severally liable, engaged and embarked on the following crimes, torts, violations of law, and other acts thus prompting this federal lawsuit:

**SDNY BANKRUPTCY JUDGE SEAN LANE AND HIS LAW CLERKS 28 U.S. CODE § 144 – BIAS OR PREJUDICE**

17. As per the attached **EXHIBITS** Judge Sean Lane has, since SDNY Bankruptcy Case 23-22095 began, consistently and continuously abused Plaintiff Rahul Manchanda by refusing to protect him from an onslaught of automatic stay violations, in fact drafting orders lambasting and abusing plaintiff for contacting his office about said violations, allowing his fully paid for bankruptcy lawyer Bruce Bronson to withdraw from his case simply for asking that man to do his job without paying $5000 for each additional legal action, has granted almost 100% each and every single motion or request from plaintiff's enemies and adversaries while denying virtually 100% of plaintiff's, allowing the breach of the Attorney-Client confidentiality and privilege of plaintiff and his law firm *vis-a-vis* his clients in the face of plaintiff's objections just to satisfy AUSA Walsh Kumar and AUST Zipes self-described and greedy "fishing expeditions" to fuel their obstruction of justice, objections to discharge, or case dismissal, allowed Dr Douglas Senderoff's demonstrated loser frivolous lawyers Lewis & Lin LLC's associate attorney Michael Druckman's continuing to harass plaintiff with their frivolous "defamation lawsuit," now carried on from 2018 through 5 different courthouses, federal state and local, while never either proving their case or providing any evidence for their claims, still producing no judgment while their last state action

also resulted in case closure due to missing a statute of limitations, and other abusive nasty actions on the record;

**DR DOUGLAS SENDEROFF AND HIS LAWYERS**

18. Also as per the **EXHIBITS**, since 2018 Dr Douglas Senderoff, a deep pocket Jewish extremist plastic surgeon, has been throwing tons of money at his equally greedy, unethical, and immoral lawyers at Lewis & Lin LLC to torture and harass plaintiff on a frivolous, fraudulent defamation claim even though they have themselves committed criminal extortion and blackmail but got away with it due to a corrupted judiciary as described above, even when they have been shown through documentary evidence to have both hacked and stolen plaintiff's computer data using tech hackers to do so.

19. Their latest stunt involves trying to block plaintiff's chapter 7 bankruptcy discharge case by filing and prosecuting a frivolous adversary proceeding even though their New York Supreme Court action has been beaten to death and is legally and equitably untenable and exhausted due to their missing of a statute of limitations.

**AUST GREGORY ZIPES AND AUSA DANA WALSH KUMAR**

20. Also as per the **EXHIBITS,** these two federal government abusers have done everything in their power to oppose plaintiff's chapter 7

bankruptcy discharge, forcing him to turn over protected confidential documents all sanctioned and approved by the aforementioned federal judge Sean Lane, even though established case and statutory law in this country has prohibited this type of discovery for the last 250 years.

**AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANT**

21. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 20 of this Complaint;

22. Plaintiffs herein sue for actual and punitive damages in the amount of $20,000,000 for gross and rampant violations of 42 U.S.C. § 1983 pertaining to a civil action for deprivation of rights under the color of law and authority by government/judicial/public official defendants;

**AS AND FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANT**

23. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 20 of this Complaint.

24. Plaintiffs herein sue for actual and punitive damages in the amount of $20,000,000 for gross and rampant violations of 42 U.S.C. § 2000ee-1(e) dealing with Reprisals/Retaliation for filing *bona fide*

legitimate complaints against federal government employees;

**AS AND FOR A THIRD CAUSE OF ACTION AGAINST DEFENDANT**

25. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 20 of this Complaint.

26. Plaintiffs herein sue for actual and punitive damages in the amount of $20,000,000 for gross and rampant violations of the Federal Tort Claims Act ("FTCA") against federal government employees;

**AS AND FOR A FOURTH CAUSE OF ACTION AGAINST DEFENDANTS**

27. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 20 of this Complaint.

28. Plaintiffs herein sue for actual and punitive damages in the amount of $20,000,000 for Malicious Prosecution by the Defendants;

**AS AND FOR A FIFTH CAUSE OF ACTION AGAINST DEFENDANTS**

29. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 20 of this Complaint.

30. Plaintiffs herein sue for actual and punitive damages in the amount

of $20,000,000 for Abuse of Process by the Defendants;

**AS AND FOR A SIXTH CAUSE OF ACTION AGAINST DEFENDANTS**

31. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 20 of this Complaint.

32. Plaintiffs herein sue for actual and punitive damages in the amount of $20,000,000 for Computer Trespass by the Defendants;

**AS AND FOR A SEVENTH CAUSE OF ACTION AGAINST DEFENDANTS**

33. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 20 of this Complaint.

34. Plaintiffs herein sue for actual and punitive damages in the amount of $20,000,000 for Conversion of Computer Data by the Defendants;

**AS AND FOR AN EIGHTH CAUSE OF ACTION AGAINST DEFENDANTS**

35. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 20 of this Complaint.

36. Plaintiffs herein sue for actual and punitive damages in the amount of $20,000,000 for Judicial Bias and Prejudice by the Defendants;

37. such other and further relief as this Court deems just and proper, including applicable interest, costs, expenses, and disbursements of this action.

**Dated:** New York, New York
August 29, 2023

_____
Rahul Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
New York, New York 10005
Tel: (212) 968-8600