

August 30, 2023

**VIA ECF**

Judge Naomi Reice Buchwald/Magistrate Stewart Aaron
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: Case Index No 23-CV-7637**

Dear Hon Buchwald:

As per the attached SDNY Bankruptcy Judge Sean Lane is currently also being investigated upon information and belief by the United States Administrator of the Courts in Washington DC as well as the Federal Bureau of Investigation for public corruption, bias, and racism, amongst other instances of judicial misconduct.

_____
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, New York 10005
Tel: (212) 968-8600

**Subject:** PUBLIC CORRUPTION COMPLAINT AGAINST SDNY BANKRUPTCY JUDGE SEAN LANE
**From:** "RAHUL MANCHANDA, ESQ." <rdm@manchanda-law.com>
**Date:** 8/29/2023, 4:09 PM
**To:** AdminOversight@ao.uscourts.gov, AO_OJI@ao.uscourts.gov, FBI IC <ny1@ic.fbi.gov>, newyork@fbi.gov

Administrative Office of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

**RE:   PUBLIC CORRUPTION COMPLAINT AGAINST SDNY BANKRUPTCY JUDGE SEAN LANE**

As I have witnessed first hand over 6 months - as a punishment Judge Sean Lane made me come to court physically each and every time while everyone else gets to show up virtually.

This means he makes me sit through hours and hours of testimony of live bankruptcy court case hearings for 100s over nearly 6 months.

This way I have actually watched live at how this man literally kisses Jewish lawyers and litigants asses, rules in their favor regularly, while shitting all over and denying similar respect and relief for racial and religious minorities especially dark skinned men - this man is a scourge and a disgrace to the Judiciary.

Please investigate and advise.

Thanks,

Kind regards,

```
--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States by Newsweek Magazine in 2012 ar

Martindale Hubbell Client Champion 2017 Silver Award Winner, 2020 Gold Award Winner, 2020 Pla

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

Best Family Lawyers and Best Immigration Lawyers in New York City in 2022 as published on Exp

U.S. News and World Report Listed Lawyer.
```

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged infor

Make An Online Legal Fee Payment at https://manchanda-law.com/contact-us/