

MANCHANDA LAW OFFICE PLLC
30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
TEL: (212) 968-8600
FAX: (212) 968-8601
INFO@MANCHANDA-LAW.COM
WWW.MANCHANDA-LAW.COM

September 20, 2023

**VIA ECF**

Judge Naomi Reice Buchwald/Magistrate Stewart Aaron
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:  Case Index No 23-CV-7637
       Continued Misconduct of Defendant AUST Gregory Zipes**

Dear Hon Buchwald:

As per the attached Defendant AUST Gregory Zipes of the U.S. Trustee continues to abuse, harass, sabotage, gaslight, and otherwise behave like an animal during our bankruptcy proceedings, most notably today at our court ordered deposition.

_____
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, New York 10005
Tel: (212) 968-8600

-1-

**Subject:** COMPLAINT AGAINST ASSISTANT US TRUSTEE GREGORY ZIPES AND HIS SIDEKICK BHEMKE TRANSCRIBER MISSY LEONETTI
**From:** "RAHUL MANCHANDA, ESQ." <rdm@manchanda-law.com>
**Date:** 9/20/2023, 12:33 PM
**To:** ustrustee.program@usdoj.gov, USTP.Region02@usdoj.gov, 12126682361@efaxsend.com, AO_OJI@ao.uscourts.gov, Admin Oversight <AdminOversight@ao.uscourts.gov>, ustrustee.program@usdoj.gov, 14155975606@efaxsend.com, AskDOJ@usdoj.gov, OPR.FOIA@usdoj.gov, Civil.Feedback@usdoj.gov

Executive Office for U.S. Trustees
441 G Street, NW
Suite 6150
Washington, DC 20530

By Email: **USTWeb**

**LINDA A. RIFFKIN, ASSISTANT U.S. TRUSTEE**
OFFICE OF THE UNITED STATES TRUSTEE – MANHATTAN OFFICE
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408
**Phone**: (212) 510-0500

Counsel
Office of Professional Responsibility
950 Pennsylvania Avenue, N.W., Suite 3266
Washington, D.C. 20530-0001

This is a formal complaint against the following stemming from the "deposition" that took place today.

Behnke Transcription Services Missy Leonetti - throughout the deposition, Ms Leonetti made it very clear that she was extremely biased in favor of Assistant US Attorney Gregory Zipes, as she repeatedly insulted me, cut me off, threatened me, disrespected me, sabotaged the transcripts, and chastised me for "interrupting" even though AUST Gregory Zipes did most of the interrupting. Ms Leonetti made it clear that since the US Trustee Gregory Zipes was paying for her transcription services that she was loyal and beholden to him, at my expense. She also exceeded the scope of her duties by terminating the deposition early because Gregory Zipes did not like my answers to his questions, as he was constantly trying to entrap, gaslight, interrupt, and word salad me to death in our deposition today. Ms Leonetti also threatened that she did not adequately transcribe our 3 hour deposition because we were "talking over one another." She was an unprofessional, biased, racist witch, and she should be severely disciplined.

Assistant US Attorney Gregory Zipes - as was briefly stated above, AUST Gregory Zipes relentlessly gaslighted me, interrupted me, insulted me, cut me off, talked over me but then accused me of doing that, would not accept my answers to his questions, threw temper tantrums, and otherwise obstructed and sabotaged this deposition because he did not like my answers to his questions. In addition, I advised him numerous times that the various slides/sheets he showed me on the screen

were not filled in by me, but by my former bankruptcy attorney Bruce Bronson, and that even though I signed wet signatures for Bruce Bronson, he used none of them on the "signatures" that Zipes was showing me, all stating /s/Rahul Manchanda, which means I never viewed, saw, or signed off on those documents, but this just angered Gregory Zipes. Zipes also got angry when I told him that my CPA/Bookeeper/Accountants Michael Arons and Marc Albaum could only answer certain questions, as Bruce Bronson could only answer bankruptcy questions that he filled in. Truly unprofessional and a discredit to the bankruptcy court government profession.

Be guided accordingly.

Thanks,

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States by Newsweek Magazine in 2012 a

Martindale Hubbell Client Champion 2017 Silver Award Winner, 2020 Gold Award Winner, 2020 Pl

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

Best Family Lawyers and Best Immigration Lawyers in New York City in 2022 as published on Exp

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged info

Make An Online Legal Fee Payment at https://manchanda-law.com/contact-us/


-------- Forwarded Message --------
**Subject:** ZoomGov Information: Behmke Job 9/20/23 Manchanda Examination @ 9:30 AM EST
    **Date:** Tue, 19 Sep 2023 17:05:22 +0000
    **From:** Behmke Reporting and Video Services <Schedule@behmke.com>
      **To:** rdm@manchanda-law.com <rdm@manchanda-law.com>

Good Morning,

The ZoomGov information for tomorrow's examination is listed below and attached.

**Behmke Room01 is inviting you to a scheduled ZoomGov meeting.**

Topic: Behmke Job 9/20/23 Manchanda Examination @ 9:30 AM EST
Time: Sep 20, 2023 06:30 AM Pacific Time (US and Canada)

Join ZoomGov Meeting
https://www.zoomgov.com/j/1614622560

Meeting ID: 161 462 2560
Passcode: 426151

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)

Meeting ID: 161 462 2560
Passcode: 426151

Find your local number: https://www.zoomgov.com/u/afuFreWui

Meeting ID: 161 462 2560
Passcode: 426151

Tamia Lopez
Scheduling Coordinator
Behmke Reporting and Video Services, Inc.
Online Nationwide Scheduling
Office: 415.597.5600
Fax: 415.597.5606
Toll Free: 800.335.3376





Celebrating over 31 years of quality court reporting, legal video, transcription and trial services!

This message is intended only for the addressee, and may contain information that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at 415.597.5600. Thank you.

Attachments:

09-20-23 Manchanda - ZoomGov Information.docx                                                  12.6 KB

**Subject:** Form submission from: How to File a Complaint with the Office of Professional Responsibility
**From:** Department of Justice <no-reply@usdoj.gov>
**Date:** 9/20/2023, 12:29 PM
**To:** INFO@MANCHANDA-LAW.COM

Submitted on: Wednesday, September 20, 2023 - 12:29PM EDT Submitted to: Anonymous Submitted values are:

Name of person seeking OPR's action (Complainant)*: Mr.
First: RAHUL
Middle: DEV
Last: MANCHANDA
Suffix (if applicable): ESQ
Complainant Type: Private Attorney
Inmate/Detainee Number:
Other:
Company/Organization: MANCHANDA LAW OFFICE PLLC
Complainant mailing address: MANCHANDA LAW OFFICE PLLC, 30 WALL STREET 8TH FLOOR, SUITE 8207
City: NEW YORK
State: New York
Zip: 10005
Complainant email address: INFO@MANCHANDA-LAW.COM
Complainant phone number: 2129688600
Complainant fax number: 2129688601

-----------------------------------------------------------

*If you are filing this complaint as a legal or other representative of the Complainant, please provide the following information:*
Name and title of the filer:
First:
Middle:
Last:
Suffix (if applicable):
Your preferred mailing address:
City:
State:
Zip:
Your email address:

-----------------------------------------------------------

*Information about the DOJ Attorney or DOJ Law Enforcement Official You Are Complaining About (Subject)*
Name of the person(s) you are complaining about (Subject): Mr.

First: GREGORY  
Middle:  
Last: ZIPES  
Suffix (if applicable):  
Subject's Job Title: Assistant United States Trustee  
Other:  
Company/Organization: US TRUSTEE SDNY  
Location of Subject's Office: 1 BOWLING GREEN, NEW YORK NY 10004  

-----------------------------------------------------------

Does your complaint involve more than one person? Yes (If yes, please provide the following information of the additional subject.)  
Name of the person(s) of the second subject:  
First: MISSY  
Middle:  
Last: LEONETTI  
Suffix (if applicable):  
Second Subject's Job Title: Other ( Please specify below)  
Other: SDNY BANKRUPTCY COURT PRIVATE DEPOSITION TRANSCRIBER  
Location of second subject's office: BHEMKE DEPOSITION TRANSCRIBERS - Behmke San Francisco Home Office: 455 Market Street, Suite 970 San Francisco, California 94105 Tel: 415.597.5600 Fax: 415.597.5606 Toll free: 800.335.3376  

-----------------------------------------------------------

*Information about your complaint*

What are the actions, events, or allegations that you are reporting to OPR? (e.g., attorney misconduct, Whistleblower retaliation, Giglio/Brady violation, etc.): Attorney Misconduct

When did the incident occur?: 2023-09-20

*Please provide a brief description summarizing the:  
* reason(s) for your complaint including the details, actions, events, or  
allegations,  
* case names,  
* potential witnesses and their involvement,  
* where the incident occurred,  
* how the incident occurred, and  
* any corrective actions already taken  
* For *Whistleblower complaints only* – describe the personnel action(s) that occurred or failed to occur because of a protected disclosure: (an appointment, a promotion, an action under 5 U.S.C. Chapter 75 or other disciplinary or corrective action; a detail, transfer, or reassignment; a reinstatement; a restoration; a reemployment; a decision about pay, benefits or awards, concerning education or training if the education or training may reasonably be expected to lead to an

appointment, promotion, performance evaluation or other action described in 5 U.S.C. § 2302 (a)(2); a performance evaluation under 5 U.S.C. Chapter 43; a decision to order psychiatric testing or examination; or any other significant change in duties, responsibilities, or working conditions.)

Please provide a brief summary of the complaint:
Executive Office for U.S. Trustees
441 G Street, NW
Suite 6150
Washington, DC 20530

By Email:USTWeb

LINDA A. RIFFKIN, ASSISTANT U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE – MANHATTAN OFFICE
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408
Phone: (212) 510-0500

Counsel
Office of Professional Responsibility
950 Pennsylvania Avenue, N.W., Suite 3266
Washington, D.C. 20530-0001


This is a formal complaint against the following stemming from the "deposition" that took place today.

Behmke Transcription Services Missy Leonetti - throughout the deposition, Ms Leonetti made it very clear that she was extremely biased in favor of Assistant US Attorney Gregory Zipes, as she repeatedly insulted me, cut me off, threatened me, disrespected me, sabotaged the transcripts, and chastised me for "interrupting" even though AUST Gregory Zipes did most of the interrupting. Ms Leonetti made it clear that since the US Trustee Gregory Zipes was paying for her transcription services that she was loyal and beholden to him, at my expense. She also exceeded the scope of her duties by terminating the deposition early because Gregory Zipes did not like my answers to his questions, as he was constantly trying to entrap, gaslight, interrupt, and word salad me to death in our deposition today. Ms Leonetti also threatened that she did not adequately transcribe our 3 hour deposition because we were "talking over one another." She was an unprofessional, biased, racist witch, and she should b e severely disciplined.

Assistant US Attorney Gregory Zipes - as was briefly stated above, AUST Gregory Zipes relentlessly gaslighted me, interrupted me, insulted me, cut me off, talked over me but then accused me of doing that, would not accept my answers to his questions, threw temper tantrums, and otherwise obstructed and sabotaged this deposition because he did not like my answers to his questions. In addition, I advised him numerous times that the various slides/sheets he showed me on the screen were not filled in by me, but by my former bankruptcy attorney Bruce Bronson, and that even though

I signed wet signatures for Bruce Bronson, he used none of them on the "signatures" that Zipes was showing me, all stating /s/Rahul Manchanda, which means I never viewed, saw, or signed off on those documents, but this just angered Gregory Zipes. Zipes also got angry when I told him that my CPA/Bookeeper/Accountants Michael Arons and Marc Albaum could only answer certain questions, as Bruce Bronson could only answ er bankruptcy questions that he filled in. Truly unprofessional and a discredit to the bankruptcy court government profession.

Be guided accordingly.

Thanks,

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States by Newsweek Magazine in 2012 and Top Attorneys Nationwide in 2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner, 2020 Gold Award Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

Best Family Lawyers and Best Immigration Lawyers in New York City in 2022 as published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged information

intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address.

Make An Online Legal Fee Payment at https://manchanda-law.com/contact-us/


-------- Forwarded Message --------
Subject: ZoomGov Information: Behmke Job 9/20/23 Manchanda Examination @ 9:30 AM EST
Date: Tue, 19 Sep 2023 17:05:22 +0000
From: Behmke Reporting and Video Services <Schedule@behmke.com>
To: rdm@manchanda-law.com <rdm@manchanda-law.com>


Good Morning,


The ZoomGov information for tomorrow's examination is listed below and attached.

Behmke Room01 is inviting you to a scheduled ZoomGov meeting.


Topic: Behmke Job 9/20/23 Manchanda Examination @ 9:30 AM EST

Time: Sep 20, 2023 06:30 AM Pacific Time (US and Canada)


Join ZoomGov Meeting

https://www.zoomgov.com/j/1614622560

Meeting ID: 161 462 2560

Passcode: 426151

Dial by your location

• +1 669 254 5252 US (San Jose)

• +1 646 828 7666 US (New York)

Meeting ID: 161 462 2560

Passcode: 426151

Find your local number: https://www.zoomgov.com/u/afuFreWui

Meeting ID: 161 462 2560

Passcode: 426151

Tamia Lopez

Scheduling Coordinator

Behmke Reporting and Video Services, Inc.
Online Nationwide Scheduling
Office: 415.597.5600

Fax: 415.597.5606
Toll Free: 800.335.3376

Behmke_logo

http://www.behmke.com/images/wbenc.jpg NNRC_WEB_cobrand 2014_CoitTowerGSA Logo

Celebrating over 31 years of quality court reporting, legal video, transcription and trial services!

This message is intended only for the addressee, and may contain information that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at 415.597.5600. Thank you.

Certification and Signature (Enter your initials here to certify and sign this form.): RDM