AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Manchanda et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23 Civ. 7637 (NRB) |
| Lane et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Judge Sean H. Lane; Liza Ebanks; Christine Azzaro; Sarah Rosenthal; and Jacqueline Tran              .

Date:    09/29/2023

/s/ Adam Gitlin
*Attorney's signature*

AUSA Adam Gitlin
*Printed name and bar number*

U.S. Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
*Address*

Adam.Gitlin@usdoj.gov
*E-mail address*

(212) 637-2734
*Telephone number*

*FAX number*