

September 29, 2023

**VIA ECF**

Judge Naomi Reice Buchwald/Magistrate Stewart Aaron
Southern District of New York
500 Pearl Street
New York, New York 10007

**Case Index No 23-CV-7637**
**Response Letter To AUSA Adam Gitlin**

Dear Hon Buchwald:

In response to AUSA Adam Gitlin's characteristically insulting, *ad hominem*, and abusive opening letter dated September 29, 2023, it is **_precisely_** because undersigned attorney is a lawyer, that he does not have to take the constant abuse, disrespect, insults, threats, intimidation, intentional torts, and criminal conduct exhibited by his clients, including but not limited to Judge Sean Lane and his staff, or his fellow bullies AUST Greg Zipes or AUSA Dana Walsh Kumar, because I can take them on myself in the courts, rather than having to spend the cost prohibitive hundreds of thousands of dollars on lawyers that 99% of their other victims have to.

I consider it both an honor, as well as my responsibility, to constantly police and defend against the NAZI, Gestapo, KGB-like behavior of government bullies and tyrants like Adam Gitlin, and his government employee clients, so that other Americans do not have to.

In contrast to AUSA Adam Gitlin's lies and deceit exhibited in his mean-spirited letter, I am not requesting a pre-conference solely for a "default judgment, but rather to address what I have written to this court about - the defendants' constant evasion of my process servers as well as the complete and total ignoring of this lawsuit and the countless complaints contained therein, which

lie in federal tort personal injury and criminal conduct committed against me and my wife by the defendants, which Adam Gitlin knows very well is outside the scope of any liberal definition of "judicial or government immunity."

Our personal injuries are backed up by tons of medical records, countless visits to the emergency room, medications, and other proof that his federal government clients' behavior is tortious, dangerous, abusive, and criminal.

As to the rest of Adam Gitlin's slanderous, defamatory, and libelous comments and threats, undersigned counsel would like to remind this court, that if it were not for my own courage (and money) over the past 21 years of my successful legal career owning my own Wall Street law firm in taking on the global oligarchs, plutocrats, communists, NAZIs, and other billionaire bullies of the world all by myself, there would not be the immense progress being made in the courts and in government all over the world, against tyrants such as Google, Planned Parenthood, Microsoft, Yahoo, Bing, NY Post, and other representatives of tyrannical Big Tech, Big Media, Big Pharma, and other enemies of the American people, constantly being defended by government or billionaire funded thugs like Adam Gitlin and his ilk.

We look forward to once again obtaining justice and redress for our civil and human rights assaults, by the defendants herein, at a pre-conference meeting.

_____
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, New York 10005
Tel: (212) 968-8600

## **CERTIFICATE OF SERVICE**

I Rahul Manchanda, Esq. hereby certify that I have sent the attached Letter Request for Pre-Conference to All Evasive Defendants via U.S. Mail to the following addresses:

Party to Serve: AUSA Dana Walsh Kumar
86 Chambers Street Third Floor, New York, NY 10007 (Served)

Party to Serve: Dr Douglas Senderoff
461 Park Avenue South 7th fl, New York, NY 10016 (Non-Served - Other contact)

Party to Serve: AUST Gregory Zipes
Greg M. Zipes Trial Attorney Office of the United States Trustee – New York Office Alexander Hamilton Custom House One Bowling Green 515, New York, NY 10004 (Non-Served - Other contact)

Party to Serve: Lewis & Lin LLC
77 Sands Street, Brooklyn, NY 11201 (Non-Served - Disallowed)

Party to Serve: SDNY Judge Sean Lane
300 Quarropas Street, White Plains, NY 10601 (Served)

Documents Category: Summons and Complaint

**Dated:**   09/29/2023

Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, New York 10005
Tel: (212) 968-8600
Fax: (212) 968-8601