UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
RAHUL MANCHANDA AND MRS. SYLWIA
EWELINA MANCHANDA,

            Plaintiffs,

     - against -

AUSA DANA WALSH, AUST GREGORY ZIPES,
SEAN LANE, SDNY Bankruptcy Judge,
LAW CLERK SARAH ROSENTHAL, LAW CLERK
JACQUELINE TRAN, LAW CLERK CHRISTINE
AZZARO, COURTROOM DEPUTY LIZA EBANKS,
MICHAEL DRUCKMAN, BRETT E. LEWIS, LAW
FIRM LEWIS & LIN LLC, DAVID D. LIN,
AND DR. DOUGLAS SENDEROFF,

            Defendants.
--------------------------------------X

**ORDER**

23 Civ. 7637 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The Court is in receipt of the parties' pre-motion letters, dated September 29, 2023. As a matter of case management, the Court is of the view that defendants' proposed motion to dismiss on absolute immunity grounds should be filed first and may be filed without the necessity of a pre-motion conference. Further, it is the Court's view that such a motion should be filed as soon as is practicable given the flurry of correspondence in this matter.

Dated:   New York, New York
          October 5, 2023

                                                          NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE