```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
RAHUL MANCHANDA AND MRS. SYLWIA
EWELINA MANCHANDA,

                    Plaintiffs,

       - against -                                ORDER

AUSA DANA WALSH, AUST GREGORY ZIPES,           23 Civ. 7637 (NRB)
SEAN LANE, SDNY Bankruptcy Judge,
LAW CLERK SARAH ROSENTHAL, LAW CLERK
JACQUELINE TRAN, LAW CLERK CHRISTINE
AZZARO, COURTROOM DEPUTY LIZA EBANKS,
MICHAEL DRUCKMAN, BRETT E. LEWIS, LAW
FIRM LEWIS & LIN LLC, DAVID D. LIN,
AND DR. DOUGLAS SENDEROFF,

                    Defendants.
-------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of plaintiff's letter, dated October 6, 2023, requesting that the Court recuse itself from this case. This case, like all new cases in this District, was randomly assigned to this Court. See Rule 4(b), Rules for the Division of Business Among District Judges. Once a case is assigned, "there is no process by which a party can request 'reassignment' based on a preference, a dislike of a particular judge, or a disappointment with a judge's rulings." James v. State Univ. of New York, No. 22 Civ. 4856, 2023 WL 3006104, at *3 (S.D.N.Y. Mar. 3, 2023). A party may request that a judge recuse herself in any proceeding in which the judge's "impartiality might reasonably be questioned."

28 U.S.C. § 455(a).  However, "there exists a strong presumption of a judge's impartiality which may only be overcome by adequate proof to the contrary." Wiltshire v. Williams, No. 10 Civ. 6947, 2012 WL 899383, at *6 (S.D.N.Y. Mar. 16, 2012).  Plaintiff's suggestion that this Court should be disqualified based on a single case management order it issued is clearly insufficient to overcome the strong presumption of impartiality.  See Watkins v. Smith, 561 F. App'x 46, 47 (2d Cir. 2014) (holding that plaintiff's dissatisfaction with a district court's "case management decisions is not a basis for recusal").  Accordingly, plaintiff's request is denied.


Dated:    October 12, 2023
          New York, New York

                                    _____
                                      NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE