```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RAHUL MANCHANDA AND MRS. SYLWIA
EWELINA MANCHANDA,

                Plaintiffs,

          - against -                        ORDER AND FILING
                                                 INJUNCTION
AUSA DANA WALSH, AUST GREGORY ZIPES,
SEAN LANE, SDNY Bankruptcy Judge,            23 Civ. 7637 (NRB)
LAW CLERK SARAH ROSENTHAL, LAW CLERK
JACQUELINE TRAN, LAW CLERK CHRISTINE
AZZARO, COURTROOM DEPUTY LIZA EBANKS,
MICHAEL DRUCKMAN, BRETT E. LEWIS, LAW
FIRM LEWIS & LIN LLC, DAVID D. LIN,
AND DR. DOUGLAS SENDEROFF,

                Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on February 5, 2024, the Court issued a Memorandum and Order dismissing plaintiffs' claims and finding that the issuance of a filing injunction against Rahul Manchanda was warranted; it is hereby

**ORDERED** that Rahul Manchanda is enjoined from filing any action in the United States District Court for the Southern District of New York without first obtaining leave of that court by way of the specific procedure set forth in this injunction. This injunction also applies to an action in which Rahul Manchanda is a plaintiff that is removed to federal court from state court pursuant to 28 U.S.C. §§ 1441, 1442, 1442a, 1443, or 1444.  If the

removed action falls within the scope of the subject matter of this injunction, it will be subject to summary dismissal as explained below; it is further

**ORDERED** that in order to obtain leave of the court to file a new action or remove a case from state court, Rahul Manchanda must: (1) file with the proposed complaint or notice of removal a motion captioned, "Motion Pursuant to Court Order Seeking Leave to File"; (2) attach as an exhibit a copy of this injunction as well as the accompanying Memorandum and Order; (3) attach either a declaration prepared pursuant to 28 U.S.C. § 1746 or a sworn affidavit certifying that the claim he wishes to present is a new claim never before raised by him in any court; (4) identify by listing the full caption of every suit he has previously brought in any New York state or federal court against any defendant to the suit he wishes to file or remove; and (5) provide a copy of each such complaint and a certified record of its disposition; it is further

**ORDERED** that prior to receiving permission from the Court, Rahul Manchanda shall not serve any documents or motions.  Failure to comply with the requirements set forth above will be grounds for summary dismissal of the proposed action.  Unless and until leave from the Court is obtained, any document or motion served by

Rahul Manchanda is a separately sanctionable nullity and no party need file a response thereto; it is further

**ORDERED** that any violation of this injunction will be treated as a contempt of Court and result in the possible imposition of monetary or further sanctions against Rahul Manchanda; it is further

**ORDERED** that nothing in this order shall be construed as having any effect on Rahul Manchanda's ability to defend himself in any criminal action brought against him; other injunctions directed at Rahul Manchanda; motions for reconsideration or notices of appeal timely filed by Rahul Manchanda; Rahul Manchanda's access to the courts through filing of a petition for a writ of habeas corpus or other extraordinary writ; Rahul Manchanda's access to the United States Courts of Appeals; or any pending action previously brought by Rahul Manchanda and presently pending in any court other than the Southern District of New York; and it is further

**ORDERED** that this order and injunction are stayed for a period of fourteen (14) days to allow Rahul Manchanda to seek appellate review.

Dated:   February 5, 2024
         New York, New York

                                              NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE